1  **GUTRIDE SAFIER LLP**
   SETH A. SAFIER (State Bar No. 197427)
2  seth@gutridesafier.com
   MARIE MCCRARY (State Bar No. 262670)
3  marie@gutridesafier.com
   100 Pine Street, Suite 1250
4  San Francisco, CA 94111
   Telephone: (415) 639-9090
5  Facsimile: (415) 449-6469

6  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY PINO and TERRI GAMINO, on behalf of themselves and those similarly situated, | Case No. 3:22-cv-02194-TSH |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| BIRCH BENDERS, LLC, | |
| Defendant. | |

Plaintiffs BRITTNEY PINO and TERRI GAMINO ("Plaintiffs") and BIRCH BENDERS, LLC ("Defendant") submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Defendant (collectively, the "Parties") hereby stipulate to the dismissal of Plaintiffs' individual claims with prejudice. The Parties further stipulate that all putative class member claims are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  March 16, 2023

**GUTRIDE SAFIER LLP**

 /s/Seth A. Safier/s/
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiffs, GAMINO and PINO

Dated: March 16, 2023

KING & SPALDING LLP

_____
Keri E. Borders, Esq.
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

Attorneys for Defendant BIRCH BENDERS, LLC