1  GUTRIDE SAFIER LLP
   SETH A. SAFIER (State Bar No. 197427)
2  MARIE A. MCCRARY (State Bar No. 262670)
   HAYLEY REYNOLDS (State Bar No. 306427)
3  100 Pine Street, Suite 1250
4  San Francisco, CA 94111
   Telephone: (415) 639-9090
5  Facsimile: (415) 449-6469

6  Attorneys for Plaintiffs

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA


| BRITTNEY PINO and TERRI GAMINO, on behalf of themselves and those similarly situated, | Case No. 3:22-cv-02194-TSH |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL |
| v. | |
| BIRCH BENDERS, LLC, | |
| Defendant. | |

      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is and remains DISMISSED WITH PREJUDICE as to all Plaintiffs' claims, causes of action, and parties, and WITHOUT PREJUDICE as to all putative class member claims, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: March 16, 2023

*signature*

Hon. Thomas S. Hixson
United States Magistrate Judge